UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 05 CR 153-2 |
| | ) | |
| RANDY WASHINGTON, | ) | Judge Pallmeyer |
| | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN**

The court entered judgment in favor of the United States of America and against defendant Randy Washington. The judgment for $81,100.00 has been satisfied. The lien recorded at the Cook County Recorder of Deeds as document number 0533403039 on November 30, 2005 is hereby released.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: s/ Joseph A. Stewart
    JOSEPH A. STEWART
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    312-469-6008
    joseph.stewart@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Randy Washington
████████████████
Matteson, IL ████████

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-469-6008
joseph.stewart@usdoj.gov